IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,
    Plaintiff,

vs.                              Case No.: 5:13cv34/RS/EMT

DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated June 17, 2014, Plaintiff was given thirty (30) days in which to file a computer printout of the transaction in his prison account(s) from October 2, 2013, to the date of the order (*see* doc. 29). On June 27, 2014, the order was returned as undeliverable, with several notations, including "Released 5-1-14" and "return to sender - refused - unable to forward" (*see* doc. 31). On July 30, 2014, noting the unlikelihood that Plaintiff would receive the order but wishing to give Plaintiff one final opportunity to respond before dismissal was recommended, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed (doc. 32). This order too was returned as undeliverable (doc. 32). Plaintiff has not advised the court of his current address or otherwise communicated with the court since February 28, 2014 (doc. 28).

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to keep the court apprised of his current address.

    At Pensacola, Florida, this 14<u>th</u> day of August 2014.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).