IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,

      Plaintiff,

v.                                      CASE NO. 5:13-cv-34-RS-EMT

DEPARTMENT OF CORRECTIONS,

      Defendant.
_____/

## ORDER

Before me is the August 14, 2014, Magistrate Judge's Report and Recommendation (Doc. 34). A copy of the Magistrate Judge's Report and Recommendation was returned to the Clerk as undeliverable. Doc. 35. It is Plaintiff's responsibility to advise the court of address changes. *See Lewis v. Conners Steel Co.*, 673 F.2d 1240, 1243 (11th Cir. 1982). Consequently, no objection to the report and recommendation was filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to keep the court apprised of his current address.

3. The clerk is directed to close the case.

**ORDERED** on September 12, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**